UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Rodney Wayne Simmons**
S.S. No.: xxx-xx-5894
Mailing Address: 2805 Ashe Street, Durham, NC 27703-

**Case No. 11-80037**

Debtor.

# NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor has filed for relief under Chapter 13 of the United States Bankruptcy Code on January 7, 2011.

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtor's proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: January 31, 2011

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
---
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtor
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
(MIDDLE DISTRICT - DESARDI VERSION)

Date: 12/13/10
Lastname-SS#: Simmons-5894

## RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | | | |
| | | | |
| | | | |
| | | | |

## SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |

## ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |

## REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

## LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |

## STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Santander | | $2,620 | 5.00 | $26 | $55.26 | 2005 Ford Taurus |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

## STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | North State Acceptance | | $16,399 | 5.00 | $93 | $345.88 | 2006 Cadillac |
| | Hart Acquistions | | $2,000 | 5.00 | $20 | $42.18 | 1996 Dodge Ram |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

| ATTORNEY FEE (Unpaid part) | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,800 |

| SECURED TAXES | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

| UNSECURED PRIORITY DEBTS | Amount |
|---|---|
| IRS Taxes | |
| State Taxes | |
| Personal Property Taxes | $374 |
| Alimony or Child Support Arrearage | |

| CO-SIGN PROTECT (Pay 100%) | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

| GENERAL NON-PRIORITY UNSECURED | Amount** |
|---|---|
| DMI= None($0) | None($0) |

## PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$477** per month for **60** months, then

$ **N/A** per month for **N/A** months.

Adequate Protection Payment Period: **6.25** months.

Sch D # = The number of the secued debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE          (Page 4 of 4)
Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

## Other Miscellaneous Provisions
Plan to allow for 3 "waivers".

# CERTIFICATE OF SERVICE

I, Kaelyn McCollum, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Kaelyn McCollum
Kaelyn McCollum

| | | |
|---|---|---|
| North Carolina Department of Revenue<br>c/o NC Department of Justice<br>Post Office Box 629<br>Raleigh, NC 27602-0629 | US Attorney's Office (ED)**<br>310 New Bern Avenue<br>Suite 800, Federal Building<br>Raleigh, NC 27601-1461 | Benjamin Gilbert, Director<br>Attn: Legal Dept. of UNC Hospital<br>101 Manning Drive<br>Chapel Hill, NC 27514 |
| Employment Security Commission<br>Attn: Benefit Payment Control<br>Post Office Box 26504<br>Raleigh, NC 27611-6504 | AARP Medicare Rx<br>Post Office Box 29300<br>Hot Springs National Park, AR 71903 | Catalino De La Cruz Jr.<br>Post Office Box 1334<br>Caldwell, NJ 07007 |
| Credit Bureau<br>Post Office Box 26140<br>Greensboro, NC 27402 | Absolute Collection Service **<br>421 Fayetteville Street Mall<br>Suite 600<br>Raleigh, NC 27601 | Central Parking Corporation<br>326 East Chapel Hill Street<br>Durham, NC 27701 |
| NC Child Support<br>Centralized Collections<br>Post Office Box 900006<br>Raleigh, NC 27675-9006 | Alfred C Burris, MD<br>1328 Southern Avenue<br>Washington, DC 20032 | Central Portfolio Control<br>6640 Shady Oak Road, Ste 300<br>Eden Prairie, MN 55344-7710 |
| Equifax Information Systems LLC<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 | Allstate Insurance<br>Post Office Box 3589<br>Akron, OH 44309-3589 | Collection Bureau<br>155 North Plank Road<br>Newburgh, NY 12550-1718 |
| Experian<br>P.O. Box 2002<br>Allen, TX 75013-2002 | American Express<br>777 American Expressway<br>Fort Lauderdale, FL 33337-0001 | Comcast Cable<br>4400 Belle Oaks Drive<br>North Charleston, SC 29405-8511 |
| Trans Union Corporation<br>P.O. Box 2000<br>Crum Lynne, PA 19022-2000 | Applied Bank<br>Bankcard Center<br>PO box 11170<br>Wilmington, DE 19850-1170 | Consolidated Recovery Systems<br>Post Office Box 1719<br>Memphis, TN 38101 |
| ChexSystems<br>Attn: Consumer Relations<br>7805 Hudson Road, Ste. 100<br>Woodbury, MN 55125 | Asurion<br>Post Office Box 110767<br>Nashville, TN 37222 | Cornerstone Credit Corp.<br>335 Meridan Road<br>Waterbury, CT 06705 |
| Internal Revenue Service (ED)**<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Bayonne Hospital<br>29 Avenue<br>Bayonne, NJ 07002 | Credit Bureau of Greensboro**<br>Post Office Box 26140<br>Greensboro, NC 27402-0040 |

Credit Collection Service
Post Office Box 9136
Needham Heights, MA 02494-9136

FCS Investigations
Post Office Box 777
Leesburg, VA 20178

Interboro Institue
450 W 56th Street
New York, NY 10019

CSDDUR
Post Office Box 530
Durham, NC 27702-0530

First Point Collection Resources **
Post Office Box 26140
Greensboro, NC 27402-6140

Internal Revenue Service (MD)**
Post Office Box 7346
Philadelphia, PA 19101-7346

Delaware Memorial Bridge
Post Office Box 71
Attn: Reconciliation Department
New Castle, DE 19720

GMAC **
3104 Unionville Rd Ste 200
Cranberry, PA 16066-3417

JL Walston
Northgate Mall Office Area 2
Suite 225
Durham, NC 27701

Department of Education**
P.O. Box 13328
Richmond, VA 23225-0328

Governement of the District of Columbia
Post Office Box 2014
Washington, DC 20013

Juniper
c/o Barclays Bank
Post Office Box 13337
Philadelphia, PA 19101-3337

Duke University Health System, Inc.
Post Office Box 751274
Charlotte, NC 28275-1274

Harrisonburg Emergency Physicans
Post Office Box
Philadelphia, PA 19101

Law Offices of John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

Durham County Tax Collector
Post Office Box 3397
Durham, NC 27701

Hart Acquisitions
3100 N Roxboro Road
Durham, NC 27704

LDC Collection Systems
Post Office Box 1098
Washington, DC 20013

Durham Radiology & Assoc.,Inc.
Post Office Box 60280
Charleston, SC 29419-0280

Household Bank
Post Office Box 17051
Baltimore, MD 21297-1051

Mathias-Baker Volunteer Squad
Post Office Box 72
Baker, WV 26801

Durham Regional Hospital
and Emergency Medical Service
402 Stadium Drive
Durham, NC 27704

Howard University Hospital
2041 Georgia Avenue NW
Washington, DC 20001

MCM
Department 12421
Post Office Box 603
Oaks, PA 19456-0603

EMC Emergency Physicians
Post Office Box 7206
Philadelphia, PA 19101-7206

Integon Insurance Company
Post Office Box 3199
Winston-Salem, NC 27152-3199

Methodist Health Care
214 Lakeview Road
Somerville, TN 38068

| | | |
|---|---|---|
| Milan General Hospital<br>4039 Highland Street<br>Milan, TN 38358 | Nuvell Credit Corp **<br>P.O. Box 380901<br>Bloomington, MN 55438-0901 | Somerville Emergency Svcs. LLC<br>Post Office Box 532893<br>Atlanta, GA 30353 |
| Montgomery County Department of Police<br>Post Office Box 75069<br>Baltimore, MD 21275 | Physc Associates of Ahoskie<br>113B Hertford County High Road<br>Ahoskie, NC 27910 | Spartan Financial Services<br>13730 South Point Boulevard<br>Post Office Box 411228<br>Charlotte, NC 28241-1228 |
| Nationwide Insurance<br>Post Office Box 42735<br>Fayetteville, NC 28309-2735 | Potomac Electric Power Company<br>701 Ninth Street NW<br>Washington, DC 20019 | Suburban Credit Corporation<br>Post Office Box 30640<br>Alexandria, VA 22310-0640 |
| New York City Department of Finance<br>Church Street Station<br>Post Office Box 3671<br>New York, NY 10008 | Private Diagnostic Clinic, PLLC<br>P.O. Box 900002<br>Raleigh, NC 27675-9000 | Terry Used Cars<br>1491 E. Memorial Drive<br>Post Office Box 545<br>Ahoskie, NC 27910 |
| Newark Beth Israel Medical Center<br>201 Lyons Avenue<br>Newark, NJ 07112 | Professional Recovery Consultants<br>2700 Meridian Parkway Suite 200<br>Durham, NC 27713-2204 | The Jackson Clinic Professional /<br>616 West Forest Avenue<br>Jackson, TN 38301 |
| North Carolina Department of Revenue<br>c/o Reginald S. Hinton<br>Post Office Box 25000<br>Raleigh, NC 27640-5000 | Raj Mathur MD<br>10218 Yearling Drive<br>Rockville, MD 20850 | The Rector and Visitor of the Ur<br>of Virginia<br>580 Massie Road<br>Charlottesville, VA 22903 |
| North Carolina Dept of Revenue**<br>Post Office Box 1168<br>Raleigh, NC 27602-1168 | RC Community Health Center<br>Post Office Box 669<br>Ahoskie, NC 27910 | Thomas L Jones<br>207 E. Main Street<br>Murfreesboro, NC 27855 |
| North Carolina DMV<br>1100 New Bern Avenue<br>Raleigh, NC 27697 | Roanoke Chowan Hospital<br>Post Office Box 1385<br>Ahoskie, NC 27910 | Thompson and Thompson DDS<br>10251 Little Brier Creek Lane<br>Raleigh, NC 27617 |
| North State Acceptance<br>2305 East Millbrook Road<br>Raleigh, NC 27616 | Santander Consumer USA**<br>Attention: Bankruptcy Dept.<br>Post Office Box 560284<br>Dallas, TX 75356-0284 | UNC Hospitals***<br>211 Friday Center Drive<br>Suite G-21<br>Chapel Hill, NC 27517 |

UNC Physicians & Associates**
Post Office Box 168
Chapel Hill, NC 27514


US Attorney's Office   (MD)**
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858


Washington Gas
1100 H Street NW
Washington, DC 20080